

June 5, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

Denise E. Gamoneda
Case No:  15-13843-ref 13
Acct No:   1790

REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULE 2002(g)

This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under the Bankruptcy Rule 2002 at the address below.

The address to which all notices should be sent:

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

Sincerely,

/s/ Jack A. Simmons

Jack A. Simmons
Specialist I
Nelnet
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904
303.696.5514
jack.simmons@nelnet.net