Certificate Number: 15317-PAE-DE-034278113

Bankruptcy Case Number: 15-13843



15317-PAE-DE-034278113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 25, 2020</u>, at <u>8:04</u> o'clock <u>PM PDT</u>, <u>Denise Gamoneda</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 25, 2020</u>            By:     <u>/s/Glenn Crisostomo</u>

Name:   <u>Glenn Crisostomo</u>

Title:   <u>Counselor</u>



FILED
JUN 2 3 2020
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK