| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-13843-PMM**

RIGOBERTO GAMONEDA  
DENISE ELIZABETH GAMONEDA  
100 KILLIAN DRIVE  
BIRDSBORO  PA    19508  

Petition Filed Date: 05/29/2015  
341 Hearing Date: 07/21/2015  
Confirmation Date: 04/28/2016  

Case Status: Completed on 5/ 4/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $523.97 | | 02/27/2019 | $523.97 | | 03/29/2019 | $523.97 | |
| 04/29/2019 | $523.97 | | 05/28/2019 | $523.97 | | 06/28/2019 | $523.97 | |
| 07/29/2019 | $523.97 | | 08/27/2019 | $523.97 | | 10/01/2019 | $523.97 | 6209593000 |
| 10/29/2019 | $523.97 | 6284544000 | 11/27/2019 | $523.97 | 6358772000 | 12/30/2019 | $523.97 | 6434282000 |
| 01/28/2020 | $523.97 | 6511593000 | 02/27/2020 | $523.97 | 6590721000 | 03/26/2020 | $523.97 | 6663060000 |
| 04/27/2020 | $523.97 | 6739179000 | 05/04/2020 | $1,047.94 | 6763711000 | | | |

**Total Receipts for the Period: $9,431.46    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $40,665.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 14 | AMERICAN EXP CENTURION BANK<br>»» 014 | Unsecured Creditors | $4,349.97 | $1,388.08 | $2,961.89 |
| 6 | CACH, LLC<br>»» 006 | Unsecured Creditors | $1,176.41 | $375.37 | $801.04 |
| 7 | CACH, LLC<br>»» 007 | Unsecured Creditors | $623.46 | $198.90 | $424.56 |
| 8 | CACH, LLC<br>»» 008 | Unsecured Creditors | $1,335.62 | $426.25 | $909.37 |
| 10 | CAVALRY SPV I LLC<br>»» 010 | Unsecured Creditors | $1,220.69 | $389.55 | $831.14 |
| 11 | ECAST SETTLEMENT CORPORATION<br>»» 011 | Unsecured Creditors | $2,800.54 | $893.75 | $1,906.79 |
| 12 | ECAST SETTLEMENT CORPORATION<br>»» 012 | Unsecured Creditors | $10,286.16 | $3,282.50 | $7,003.66 |
| 13 | ECAST SETTLEMENT CORPORATION<br>»» 013 | Unsecured Creditors | $570.49 | $182.04 | $388.45 |
| 15 | FLAGSTAR BANK FSB<br>»» 015 | Mortgage Arrears | $4,195.56 | $4,195.56 | $0.00 |
| 16 | FEDERAL LOAN SERVICING<br>»» 016 | Unsecured Creditors | $29,597.43 | $9,445.03 | $20,152.40 |
| 5 | FORD MOTOR CREDIT COMPANY<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | M&T BANK<br>»» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | M&T BANK<br>»» 09U | Unsecured Creditors | $1.00 | $0.34 | $0.66 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 002 | Unsecured Creditors | $2,951.67 | $941.99 | $2,009.68 |

**Chapter 13 Case No. 15-13843-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 003 | Unsecured Creditors | $2,406.01 | $767.89 | $1,638.12 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $803.78 | $256.43 | $547.35 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 017 | Unsecured Creditors | $607.05 | $193.77 | $413.28 |
| 19 | MOMA FUNDING LLC »» 019 | Unsecured Creditors | $358.41 | $114.36 | $244.05 |
| 20 | US DEPARTMENT OF EDUCATION »» 020 | Unsecured Creditors | $32,739.69 | $9,940.00 | $22,799.69 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $724.99 | $231.37 | $493.62 |
| 1 | WELLS FARGO FINANCIAL NB NA »» 001 | Secured Creditors | $1,867.64 | $1,867.64 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,665.60 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $35,090.82 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,652.40 | Total Plan Base: | $40,141.58 |
| Funds on Hand: | $1,922.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.