**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
|    RIGOBERTO GAMONEDA | : Chapter 13 |
|         and | : |
|    DENISE ELIZABETH GAMONEDA | : |
| | : |
|         Debtors | : Bankruptcy Case No. 15-13843PMM |

**ORDER**

**AND NOW,** upon consideration of the Chapter 13 Trustee's Motion to Declare Nelnet's Claim No. 20 as Paid in Full, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that Nelnet's Claim No. 20 shall be marked paid in full in the amount of $9,940.00.

BY THE COURT

**August 13, 2020**
_____
Date

_____
HON. PATRICIA M. MAYER
BANKRUPTCY JUDGE