United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rigoberto Gamoneda  
Denise Elizabeth Gamoneda  
      Debtors

Case No. 15-13843-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: Aug 13, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db/jdb       +Rigoberto Gamoneda,    Denise Elizabeth Gamoneda,    100 Killian Drive,    Birdsboro, PA 19508-8345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

        ALEXANDRA T. GARCIA    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        ALEXANDRA T. GARCIA    on behalf of Creditor    Flagstar Bank, FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
        ANN E. SWARTZ    on behalf of Creditor    Flagstar Bank, FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
        JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association Josh.Goldman@padgettlawgroup.com,    kevin.shatley@padgettlawgroup.com  
        LAUREN MOYER    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        ROBERT L. STAUFFER    on behalf of Debtor Rigoberto Gamoneda rstaufferlaw@aol.com  
        ROBERT L. STAUFFER    on behalf of Joint Debtor Denise Elizabeth Gamoneda rstaufferlaw@aol.com  
        ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                          TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
|    RIGOBERTO GAMONEDA | : Chapter 13 |
|      and | : |
|    DENISE ELIZABETH GAMONEDA | : |
| | : |
|        Debtors | : Bankruptcy Case No.  15-13843PMM |

**ORDER**

**AND NOW,** upon consideration of the Chapter 13 Trustee's Motion to Declare Nelnet's Claim No. 20 as Paid in Full, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that Nelnet's Claim No. 20 shall be marked paid in full in the amount of $9,940.00.

BY THE COURT

**August 13, 2020**
_____
**Date**

_____
**HON. PATRICIA M. MAYER**
**BANKRUPTCY JUDGE**