United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-13843-pmm |
| Rigoberto Gamoneda | Chapter 13 |
| Denise Elizabeth Gamoneda | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: PaulP | Page 1 of 4 |
| Date Rcvd: Oct 09, 2020 | Form ID: 138NEW | Total Noticed: 83 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rigoberto Gamoneda, Denise Elizabeth Gamoneda, 100 Killian Drive, Birdsboro, PA 19508-8345 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| r | + | Kristin Ciarmella, c/o Long & Foster Real Estate, Inc., 92 Lancaster Avenue, Devon, PA 19333-1378 |
| 13687463 | | ACS Processing, P.O. Box 7051, Utica, NY 13504-7051 |
| 13537794 | + | Accounts Recovery Bureau, Inc., P.O. Box 70256, Philadelphia, PA 19176-0256 |
| 13537796 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 13570514 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13537799 | | Boscov's, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 13537800 | | CAC Financial Corp., 2601 NW Expressway, Suite 1000 East, Oklahoma City, OK 73112-7236 |
| 13537804 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citi Simplicity Card, P.O. Box 183113, Columbus, OH 43218-3113 |
| 13568449 | + | Cavalry SPVI LLC assignee Capital One Bank USA, NA, Bass Associates PC, 3936 E Fort Lowell Road Suite 200, Tucson, AZ 85712-1083 |
| 13537805 | | Citi Thank You Preferred Card, P.O. Box 183113, Columbus, OH 43218-3113 |
| 13617161 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 13555283 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit Mi, 48255-0953 |
| 13537809 | + | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14272219 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 13537810 | | Ford Credit, P.O. Box 220564, Pittsburgh, PA 15257-2564 |
| 13537814 | + | Global Credit Collection Corp., 2699 Lee Road, Suite 330, Winter Park, FL 32789-1740 |
| 13537815 | | Gordon's Retail Card, P.O. Box 183015, Columbus, OH 43218-3015 |
| 13537816 | | Guitar Center - Retail Card, Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 13537818 | + | Home Furnishings Credit Company, The Dump Retail, P.O. Box 12812, Norfolk, VA 23541-0812 |
| 13839500 | + | JP Morgan Chase Bank, NA, c/o Thomas Puleo, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13543825 | + | JP Morgan Chase Bank, NA, c/o Joshua I. Goldman, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13537819 | | John P. Frye, P.C., P.O. Box 13665, Roanoke, VA 24036-3665 |
| 13537820 | + | Kristin Ciarmella, Realtor, C/O Long & Foster, Wayne/Devon/Herling, 92 Lancaster Avenue, Devon, PA 19333-1378 |
| 14272657 | | Lakeview Loan Servicing, LLC, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 13537821 | + | Law Office of Joe Pezzuto, LLC, 4013 E. Broadway, Suite A2, Phoenix, AZ 85040-8818 |
| 13537822 | | Loft Retail Card, Comenity Bank, P.O. Box 659705, San Antonio, TX 78265-9705 |
| 13568251 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 13537828 | + | MS Hershey Medical Center, P.O. Box 643291, Pittsburgh, PA 15264-3291 |
| 13537829 | + | MSHMC Physicians Group, P.O. Box 643313, Pittsburgh, PA 15264-3313 |
| 13553282 | + | Midland Credit Management, Inc as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13537827 | + | Midland Funding, LLC, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 13537831 | + | Northhampton Urgent Care, LLC, P.O. Box 14000, Belfast, ME 04915-4033 |

| | | |
|---|---|---|
| 13537832 | + | Northland Group, Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 13537835 | | Raymour & Flanigan Retail Card, Wells Fargo Bank, P.O. Box 660431, Dallas, TX 75266-0431 |
| 13537837 | + | Reading Health System, P.O. Box 70894, Philadelphia, PA 19176-5894 |
| 13537838 | | Reading Hospital and Medical Center, Sixth Ave. and Spruce Street, Reading, PA 19611 |
| 13537839 | | Reading Professional Services, Sixth Avenue and Spruce Street, Reading, PA 19611 |
| 13537840 | | Sears Retail Card, P.O. Box 183081, Columbus, OH 43218-3081 |
| 13537841 | + | Sears Retail Mastercard, Orchard Bank, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 13537842 | | Stoneleigh Recovery Assoc., LLC, P.O. Box 1479, Lombard, IL 60148-8479 |
| 13537843 | | U.S. Bank, N.A., As Servicer, P.O. Box 790117, Saint Louis, MO 63179-0117 |
| 13587489 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13537844 | | U.S. Dept. of Education, PHEAA Federal Loan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 13537846 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, N.A., 2751 Shepard Road, Saint Paul, MN 55116 |
| 13537845 | + | United Collection Bureau, Inc., 5620 Southwyck Boulevard, Suite 206, Toledo, OH 43614-1501 |
| 13550209 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13537847 | + | Wells Fargo Financial National Bank, 7000 Vista Drive, 3rd Floor, West Des Moines, IA 50266-9310 |
| 13537848 | + | Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001 |
| 13537849 | + | West Reading Radiology Associates, 2 Meridian Boulevard, 2nd Floor, Reading, PA 19610-3202 |
| 13570154 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2020 02:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 10 2020 02:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2020 02:42:18 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Oct 10 2020 02:42:14 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13537797 | | Email/Text: legal@arsnational.com | Oct 10 2020 02:13:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 13537795 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 10 2020 02:13:00 | Alliance One Receivables Management, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 13537798 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 10 2020 02:15:00 | Berks Credit & Collections, Inc., P.O. Box 329, Temple, PA 19560-0329 |
| 13556313 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2020 02:42:17 | CACH, LLC, PO Box 10587, Greensville, SC 29603-0587 |
| 13537801 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 10 2020 02:43:28 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 13537802 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 10 2020 02:43:28 | Capital One Bank (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 13537807 | + | Email/Text: mediamanagers@clientservices.com | Oct 10 2020 02:13:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 13537808 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2020 02:13:00 | Comenity Bank, Recovery Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 13537811 | + | Email/Text: Banko@frontlineas.com | Oct 10 2020 02:15:00 | Frontline Asset Strategies, 1935 West County Road, B2, Suite 425, Saint Paul, MN 55113-2795 |
| 13537813 | | Email/PDF: gecsedi@recoverycorp.com | Oct 10 2020 02:42:14 | GE - Home Design, P.O. Box 960061, Orlando, FL 32896-0061 |

| | | | |
|---|---|---|---|
| 13537812 | + Email/Text: administration@gatestoneco.com | Oct 10 2020 02:13:00 | Gatestone, P.O. Box 101928, Dept. 4947A, Birmingham, AL 35210-6928 |
| 13537803 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 10 2020 02:42:52 | Chase, P.O. Box 78420, Phoenix, AZ 85062-8420 |
| 13585738 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 10 2020 02:42:52 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13537823 | Email/PDF: gecsedi@recoverycorp.com | Oct 10 2020 02:42:14 | Lowe's, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 13537824 | Email/Text: camanagement@mtb.com | Oct 10 2020 02:13:00 | M & T Bank, P.O. Box 64679, Baltimore, MD 21264-4679 |
| 13537825 | + Email/Text: bknotices@mbandw.com | Oct 10 2020 02:14:00 | McCarthy, Burgess & Wolfe, The MB & W Building, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 13537826 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 10 2020 02:14:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14117857 | + Email/Text: electronicbkydocs@nelnet.net | Oct 10 2020 02:14:00 | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 13537834 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 10 2020 02:42:53 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 13613709 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 10 2020 02:43:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13537833 | Email/PDF: gecsedi@recoverycorp.com | Oct 10 2020 02:42:14 | Pearle Vision, GE Capital Retail Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 13795631 | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2020 02:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13542718 | Email/PDF: rmscedi@recoverycorp.com | Oct 10 2020 02:42:15 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13537806 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, CitiCards, P.O. Box 183113, Columbus, OH 43218-3113 |
| 13591094 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 64679, Baltimore, MD 21264-4679 |
| 14275565 | *+ | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 13570155 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 13570156 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 13537817 | ##+ | Hilltop Condominiums, Attn: Club House / HOA, 5200 Hilltop Drive, Brookhaven, PA 19015-1299 |
| 13537830 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 13537836 | ##+ | Reading Anesthesia Associates, Ltd., 301 South 7th Avenue, Suite 235, Reading, PA 19611-1453 |
| jdb | *+ | Denise Elizabeth Gamoneda, 100 Killian Drive, Birdsboro, PA 19508-8345 |

TOTAL: 0 Undeliverable, 8 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-4                          User: PaulP                                    Page 4 of 4
Date Rcvd: Oct 09, 2020                       Form ID: 138NEW                                 Total Noticed: 83

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALEXANDRA T. GARCIA | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALEXANDRA T. GARCIA | |
| | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | |
| | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| JOSHUA I. GOLDMAN | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| LAUREN MOYER | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| LISA MARIE CIOTTI | |
| | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| ROBERT L. STAUFFER | |
| | on behalf of Debtor Rigoberto Gamoneda rstaufferlaw@aol.com |
| ROBERT L. STAUFFER | |
| | on behalf of Joint Debtor Denise Elizabeth Gamoneda rstaufferlaw@aol.com |
| ROLANDO RAMOS-CARDONA | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Rigoberto Gamoneda and Denise
Elizabeth Gamoneda

               Debtor(s)                              Bankruptcy No: 15−13843−pmm

                                                   Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

   1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 10/9/20

72 − 71
Form 138_new
